Christine M. Reilly (SBN 226388)
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: 310.734.5200
Facsimile: 310.734.5299

Attorneys for DUSA Pharmaceuticals, Inc. and
Queen's University at Kingston

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

DUSA PHARMACEUTICALS, INC., a
New Jersey corporation; and
QUEEN'S UNIVERSITY AT
KINGSTON, a Canadian academic
Organization

    Plaintiffs,

v.

JULIAN OMIDI, M.D.,
a California citizen;
PACIFIC WEST DERMATOLOGY
a California corporation, d/b/a/
PACIFIC WEST DERMATOLOGY
AND LASER CENTER,

    Defendants.

CASE NO. CV06-4310 SJO (CTx)

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## CONSENT JUDGMENT

Plaintiffs DUSA Pharmaceuticals, Inc.® ("DUSA") and Queen's University at Kingston ("Queen's University") (collectively "Plaintiffs") and Defendants Julian Omidi, M.D. ("Dr. Omidi") and Pacific West Dermatology d/b/a Pacific West Dermatology and Laser Center ("Pacific West Dermatology") (collectively "Defendants") having agreed to a settlement of the matters at issue between them, hereby agree and consent to judgment as follows:

1.     Plaintiffs' above-captioned complaint is a civil action with claims arising from and related to patent infringement of United States Patent Nos. 6,710,066 ("the '066 patent") and 5,955,490 ("the '490 patent") under 35 U.S.C. §271(a), and trademark infringement of the Levulan® trademark pursuant to § 32 and § 43(a) of the Lanham Act as well as California statutory and common law.

- 1 -

2.  Without admission of the claims and/or allegations contained in the above-captioned complaint, Defendants contend that any acts of patent infringement on their part were committed in misplaced reliance on representations by New England Compounding Pharmacy, Inc. that such conduct was not wrongful.

3.  Defendants consent and agree to the terms of this Consent Judgment as fully set forth herein.

4.  Defendants consent and agree to be permanently enjoined from infringing United States Patent No. 6,710,066 during the life of that patent.

5.  Defendants consent and agree to be permanently enjoined from infringing United States Patent No. 5,955,490 during the life of that patent.

6.  Defendants consent and agree to be permanently enjoined from infringing the Levulan® trademark, and in furtherance thereof will not use the Levulan® trademark in connection with the use, sale or advertisement of any product except for Levulan® brand aminolevulinic acid sold by DUSA.

7.  Defendants further consent and agree to make available for inspection by Plaintiffs Defendants' books and/or other records likely to establish whether Defendants are in compliance with the terms of the Consent Judgment as set forth herein. Defendants shall make these books and/or other records available for inspection by Plaintiffs on request no more often than once per year, with the expense of inspection to be borne by Plaintiffs and upon reasonable notice, unless such inspection reveals that Defendants are not in compliance with the consent judgment, in which case the expense will be borne by Defendants. Such inspection shall include appropriate safeguards for patient confidentiality.

8.  Defendants consent and agree that Plaintiffs shall have the absolute right to enforce any and all terms of this Consent Judgment by and through any means permitted under statutory and/or common law.

1  9.  Plaintiffs consent and agree to waive the entry of any monetary award in their favor and to forego reimbursement by Defendants for attorney fees and costs, provided that Defendants comply with each of the terms and conditions of this Consent Judgment as set forth herein.

10. Defendants also consent and agree that in the event Defendants fail to comply with any or all terms of this Consent Judgment, Plaintiffs shall have the absolute right to obtain from Defendants awards previously waived, and all fees and costs associated with bringing the above-captioned action and from enforcing compliance with this Consent Judgment.

**SO ORDERED:**

Dated: 9/11/____, 2006

**BY THE COURT:**

_____
J.

We consent to this Judgment:

PLAINTIFFS DUSA PHARMACEUTICALS, INC. and QUEEN'S UNIVERSITY AT KINGSTON

_____
Christine M. Reilly (SBN 226388)
**REED SMITH LLP**
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: 310.734.5200
Facsimile: 310.734.5299

William J. McNichol, Jr.
Valerie Brand Pipano
Shannon Elise McClure
Reed Smith LLP
2500 One Liberty Place
1650 Market Street Philadelphia, PA 19103
(215) 851-8100
Attorneys for Plaintiffs

Dated: September 14, 2006

DEFENDANT JULIAN OMIDI, M.D.

_____
Defendant Julian Omidi, M.D.

Dated: September 14, 2006

DEFENDANT PACIFIC WEST DERMATOLOGY d/b/a Pacific West Dermatology and Laser Center

_____
Julian Omidi, M.D., on behalf of Defendant Pacific West Dermatology d/b/a Pacific West Dermatology and Laser Center

Dated: September 14, 2006

-3-

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067. On September 14, 2006, I served the following document(s) by the method indicated below:

## CONSENT JUDGMENT

☐ by transmitting via facsimile on this date from fax number 310.734.5299 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to UPS for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

| | |
|---|---|
| Julian Omidi, M.D. | Pacific West Dermatology and |
| 1529 E. Palmdale Boulevard | Laser Center |
| Suite 207 | 1529 E. Palmdale Blvd., Suite 207 |
| Palmdale, CA 93550 | Palmdale, CA 93550 |

1  I declare under penalty of perjury under the laws of the State of
2  California and the United States of America that the above is true and correct.
3  Executed on September 14, 2006, at Los Angeles, California.

                                                    _____
                                                    Lena Stevens

DOCSLA-15547000 1-LKING

- 3 -

PROOF OF SERVICE